IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FLORENCE HILL and<br>A[.] W[.]<br><br>    Plaintiff,<br><br>V.<br><br>BIRDVILLE ISD, MARSHA PERRY,<br>KIMBERLY MORRISON, and SONYA<br>SPRINGER<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _____ |

## APPENDIX OF DOCUMENTS IN JUSTICE COURT

| Tab | Description | Filing Date |
|---|---|---|
| A | Register of Actions | 05/07/2021 |
| B | Petition: Small Claims Case | 04/06/2021 |
| C | Certificate of Service of Amended Petition as to Marsha Perry and Kimberly Morrison | 04/15/2021 |
| D | Certificate of Service of Amended Petition as to The Birdville ISD Foundation for Educational Excellence | 04/15/2021 |
| E | Defendant Birdville Independent School District's Plea in Abatement, Motion to Dismiss, Plea to the Jurisdiction, and Answer | 04/23/2021 |
| F | Defendant Marsha Perry's Answer | 04/23/2021 |
| G | Defendant Kimberly Morrison's Answer | 04/23/2021 |
| H | Petition: Small Claims Case – 2nd Amended | 04/28/2021 |
| I | Certificate of Service of 2nd Amended Petition | 04/28,2021 |
| J | Petition: Small Claims Case – 3rd Amended | 04/28/2021 |
| K | Certificate of Service of Amended Petition – 3rd Amended | 04/28/2021 |
| L | Defendant Birdville Independent School District's Motion to Dismiss, Plea to the Jurisdiction, and Answer to Plaintiff's Third Amended Petition | 04/30/2021 |
| M | Defendant Marsha Perry's Answer to Plaintiff's Third Amended Petition | 04/30/2021 |

| N | Defendant Kimberly Morrison's Answer to Plaintiff's Third Amended Petition | 04/30/2021 |
|---|---|---|
| O | Exhibit A – Defendant Address Verification | 05/04/2021 |
| P | Certificate of Service of Exhibit A | 05/04/2021 |
| Q | Plaintiffs' Motion to Transfer | 05/04/2021 |
| R | Certificate of Service of Plaintiffs' Motion to Transfer | 05/04/2021 |
| S | Plaintiffs' Motion for Appointment of Legal Counsel | 05/05/2021 |

Please note that Plaintiff's filings in the State Court Action contain substantial references to a minor student, which is information protected by the Family Educational Rights and Privacy Act (FERPA), as well as extensive personal information of the unserved Defendant Sonya Springer. As such, Defendant has made redactions to the documents contained in the Appendix, as listed above. Should the Court deem unredacted copies necessary or relevant, the District will request to provide same under seal.

Respectfully submitted,

By:    /s/ Meredith Prykryl Walker
      Meredith Prykryl Walker
      State Bar No. 24056487
      Alexandra Mosser
      State Bar No. 24107297

WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com
amosser@wabsa.com

ATTORNEYS FOR DEFENDANT
BIRDVILLE INDEPENDENT
SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

On May 7, 2021, I electronically submitted the foregoing document with the clerk of for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Florence Hill
P.O. Box 821061
N. Richland Hills, TX  76182


/s/ Meredith Prykryl Walker
Meredith Prykryl Walker