# ATTACHMENT B

**SERVICE COPY**

CONSTABLES RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. 20 _____ ,AT _____ O'CLOCK, _____ M.

AND EXECUTED ON THE _____ DAY OF _____ ,20 _____ ,AT _____ O'CLOCK, _____ M.

BY DELIVERING IN PERSON A TRUE COPY OF THIS CITATION TO DEFENDANT(S) **(NAMES)** AT **(ADDRESS)** _____

_____

**IF GRANTED BY THE COURT: ALTERNATIVE SERVICE OF CITATION**

_____ BY RULE 501.2 (E) (1) MAILING A COPY OF THE CITATION WITH A COPY OF THE PETITION ATTACHED BY FIRST CLASS MAIL TO THE DEFENDANT AT A SPECIFIED ADDRESS, AND ALSO LEAVING A COPY THE CITATION WITH PETITION ATTACHED AT THE DEFENDANT'S RESIDENCE OR OTHER PLACE WHERE THE DEFENDANT CAN PROBABLY BE FOUND WITH ANY PERSON FOUND THERE WHO IS AT LEAST 16 YEARS OF AGE; **OR**

_____ (2) MAILING A COPY OF THE CITATION WITH A COPY OF THE PETITION ATTACHED BY FIRST CLASS MAIL TO THE DEFENDANT AT A SPECIFIED ADDRESS AND ALSO SERVING BY ANY OTHER METHOD THAT THE COURT FINDS IS REASONABLY LIKELY TO PROVIDE THE DEFENDANT WITH NOTICE OF THE SUIT.

APPROVED METHOD: _____

_____

RETURNED TO COURT AND NOT SERVED FOR THE FOLLOWING REASONS: _____

_____

FEES:

SERVICE....$ _____    SHERIFF/CONSTABLE – PCT. NO _____ , _____ COUNTY, TX

OTHER......$ _____    DEPUTY SIGNATURE: _____

TOTAL......$ _____    DEPUTY NAME: _____

**ORIGINAL CIVIL CITATION**

IN THE JUSTICE COURT                                    ISSUED APRIL 07, 2021

JUDGE RALPH SWEARINGIN, JR
JUSTICE COURT, PRECINCT ONE                         817-884-1395
100 W. WEATHERFORD ST. ROOM 450                    FAX 817-850-2342
FORT WORTH, TX 76196

*4 DEFNS*

CASE NO. **JP01-21-SC00014861**

PLAINTIFF(S):
**FLORENCE HILL**                    PO BOX 821061                    HOME: 817-812-9145
                                     N RICHLAND HILLS, TX 76182

ATTORNEY(S) FOR PLAINTIFF(S):

                                     VS.

DEFENDANT(S):
**MARSHA PERRY**                     8780 BRIDGE STREET               HOME: 817-547-3500
                                     NORTH RICHLAND HILLS, TX 76180

ATTORNEY(S) FOR DEFENDANT(S):

2021 APR -8 AM 9:43    CONSTABLE DALE CLARK PRECINCT 1 TARRANT COUNTY, TEXAS

CO1                    CASE NUMBER: **JP01-21-SC00014861**

**** ORIGINAL CIVIL CITATION ****

THE STATE OF TEXAS

**TO:   MARSHA PERRY**
**8780 BRIDGE STREET**
**NORTH RICHLAND HILLS TX  76180**

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT ONE AT 100 W. WEATHERFORD, ROOM 450 FORT WORTH TEXAS 76196, SAID PLAINTIFF BEING

**FLORENCE HILL**                                                            PLAINTIFF

AND SAID:

**THE BIRDVILLE ISD FOUNDATION FOR EDUCATIONAL EXCE**              DEFENDANT
**MARSHA PERRY**
**KIMBERLY MORRISON**
**SONYA SPRINGER**

FILED ON THIS THE 6TH DAY OF APRIL, 2021, FILE NO. **JP01-21-SC00014861** SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
*************************************************************************************************
**NOTICE TO DEFENDANT**

"YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT.  BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY.  YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT.  YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS.  IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY, OR LEGAL HOLIDAY.  DO NOT IGNORE THESE PAPERS.  IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.  FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION."  UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."
*************************************************************************************************

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND ON THIS THE 7TH DAY OF APRIL, 2021.



JUDGE RALPH SWEARINGIN, JR
A JUSTICE OF THE PEACE IN AND FOR
PRECINCT ONE, TARRANT COUNTY, TEXAS

Signed: 4/7/2021 2:00:21 PM

BY: _Minanda Baldenas_

CLERK OF THE JUSTICE COURT

FILED
4/6/2021 4:41 PM
Judge Ralph Swearingin
Justice of the Peace, Precinct 1
Tarrant County

## PETITION: SMALL CLAIMS CASE

JP01-21-SC00014861

CASE NO. (court use only) _____ _

In the Justice Court, Precinct ___1___, ___Tarrant___ County, Texas

**SERV BY CO1 ALL DEFNS**

**Florence Hill**
PLAINTIFF

VS.

**Sonya Springer 6125 E. Belknap St., Haltom City, TX 76117**
**Kimberly Morrison 8780 Bridge Street North Richland Hills, TX 76180**
**Marsha Perry 8780 Bridge Street North Richland Hills, TX 76180**
**The Birdville ISD Foundation For Educational Exce 6125 E. Belknap St., Haltom City, TX 76117**
DEFENDANT(S)

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
**These defendants had a duty to protect my child from danger and related health problems. They failed to meet their standard of duty to protect him from harm, (which was also racially motivated), and caused him to be severely injured in various ways, especially with a diagnosed concussion to his head on April 8, 2019. This further prevented him from participating in all contact sports in P.E., and lunch recess, after his injuries, for the remainder of the 2019 school year, and the 2019 summer break physical activities. Many email communications, 1 meeting, an Administrative Complaint, & NOi to Sue sent w/o resolution.**

**RELIEF:** Plaintiff seeks damages in the amount of    **$20,000.00**   , and/or return of personal property as described as follows (be specific):                                                    , which has a value of
Additionally, plaintiff seeks the following:
**The relief sought is for negligence, gross negligence, IIED, personal injury, vicarious liability, and medical negligence, for 'some' measure of closure and justice for our child.**

plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**Darrell G. Brown, The Birdville Independent School District Foundation For Educational Excellence, 6125 E. Belknap St., Haltom City, TX 76117**

☒ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:  **flocan2020@gmail.com** _____ .

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| | |
|---|---|
| **Florence Hill** | **/s/ Florence M Hill** |
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH: _____ _

**P.O. Box 821061**
Address of Plaintiff's Attorney, if any, or Plaintiff if none

*LAST 3 NUMBERS OF DRIVER LICENSE: _____

*LAST 3 NUMBERS OF SOCIAL SECURITY: _____

**N. RICHLAND HILLS, TX 76182**

| City | State | Zip |
|---|---|---|

DEFENDANT'S PHONE NUMBER: **817-547-5700**

**817-812-9145**
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
**flocan2020@gmail.com**

Small Claim Petition. 7/2013